AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America<br>v.<br>Nathaniel Anthony Brown-Shatto,<br>Carlos Alberto Castellanos Jr.,<br>Juan Carlos Torres-Gutierrez,<br><br>*Defendant(s)* | Case No. 4:22 MJ 1087 JMB |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 19, 2022__ in the county of __St. Louis__ in the __Eastern__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1), 846 | CT. 1 - Conspiracy to distribute and possess, w/ intent to distribute, marijuana |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

*Complainant's signature*

Joseph Woodland, Postal Inspector, USPIS
*Printed name and title*

Sworn, to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date: 02/23/2022

*Judge's signature*

City and state: St. Louis, Missouri       Honorable John M. Bodenhausen, U.S. Magistrate Judge
*Printed name and title*